IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:93-cr-00149-W

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GLENDA MARIE PORTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's motions to seal various documents (Docs. Nos. 188, 192). For the reasons stated in Defendant's motions and for good cause shown, the Court GRANTS Defendant's motions (Docs. Nos. 188, 192). Document number 189 and document number 193, including any exhibits, are hereby ORDERED TO BE SEALED.

IT IS SO ORDERED.

Signed: November 28, 2007

Frank D. Whitney
United States District Judge